UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUSSELL DREW, | Case No.  16-cv-00785-DMR |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| SUNRISE CREDIT SERVICES INC, | |
| Defendant. | |

On February 25, 2016, Plaintiff Robert Drew filed a notice of settlement stating that a stipulated settlement has been reached and that he anticipated filing a voluntary dismissal with prejudice within 30 days.  Docket No. 13.

The court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this court, within 60 days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.  All further dates are vacated.

**IT IS SO ORDERED**.

Dated: March 3, 2016

_____
DONNA M. RYU
United States Magistrate Judge